# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Tamir White

Cr.: 16-00275-001
PACTS #: 1564031

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/22/2016

Original Offense:   Conspiracy to Distribute Crack

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Prohibitions on Gang/Criminal Associations

Type of Supervision: Supervised Release              Date Supervision Commenced: 01/08/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On March 28, 2018, the offender verbally admitted to using Oxycodone. |
| | On or about April 6, 2018, the offender was hospitalized after he was revived with 3 shots of Narcan. |
| | On April 17, 2018, the offender entered inpatient treatment at New Hope and remained in treatment until his successful discharge on May 7, 2018. As a follow up to inpatient treatment, the offender was referred to the Integrity House Intensive Outpatient Program. The offender failed to participate in this program. |
| | On June 26, 2018 and September 12, 2018, the offender admitted to using Percocets without a valid prescription. |

U.S. Probation Officer Action:
The offender has a significant substance abuse problem and will be referred for inpatient substance abuse treatment. If the offender does not comply with treatment, the Court will be notified immediately.

Respectfully submitted,

*Patrick Hattersley/jj*

By:  Patrick Hattersley
        Senior U.S. Probation Officer
Date: 09/13/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/17/18
_____
Date